UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OXBOW CARBON & MINERALS LLC, et al.,    )
                                         )
            Plaintiffs,                  )
                                         )
    v.                                   )        Civil Action No. 11-1049 (PLF)
                                         )
UNION PACIFIC RAILROAD CO., et al.,     )
                                         )
            Defendants.                  )
                                         )

## ORDER

In anticipation of the above-captioned matter soon being transferred by consent to

Judge Beryl Howell, it is hereby

ORDERED that Defendants BNSF Railway Company and Union Pacific Railroad

Company's Motion for Summary Judgment [Dkt. No. 231] is denied without prejudice to its

being refiled before Judge Howell.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 3|26|24